UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| RONALD NEWELL DAY, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:13-CV-140-FL |
| TRUSTEE RICHARD M. STEARNS, ) | |
| ) | |
| Appellee. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appeal from an order of the United States Bankruptcy Court dated May 7, 2013.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 17, 2013, that the bankruptcy court's decision granting appellee's motion to dismiss is AFFIRMED.

**This Judgment Filed and Entered on October 17, 2013, and Copies To:**

Isaac Andrew Johnston (via CM/ECF Notice of Electronic Filing)
Ronald Newell Day (via U.S. Mail) 5414 Guida Drive, Greensboro, NC 27410

October 17, 2013          JULIE A. RICHARDS, CLERK
                           /s/ Christa N. Baker
                          (By) Christa N. Baker, Deputy Clerk